HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DONNA MAE LEITNER,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Defendants. | Case No. C05-5674 RBL<br><br>ORDER |

THIS MATTER is before the Court sua sponte. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This case is fraught with miscommunication. In an attempt to move this case forward, the Clerk is directed to forward a copy of the Summons and Complaint to the United States Attorney for the Western District of Washington. *See* Fed. R. Civ. P. 4(i)(1)(A). The United States shall have sixty (60) days to answer or otherwise defend. Fed. R. Civ. P. 12(a).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 13th day of December, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1