UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MAE LEITNER,

       Plaintiff,                                                   Case No. 1:09-cv-274

v.                                                               Hon. Hugh W. Brenneman, Jr.

JOHN E. POTTER, Postmaster General,

       Defendant.
_____/

**ORDER**

Pending before the court is Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment (docket no. 62). For the reasons stated more fully on the record at the hearing held this date, the motion is **DENIED.**

       **IT IS SO ORDERED.**


Dated: April 28, 2010                                     /s/ Hugh W. Brenneman, Jr.
                                                                 HUGH W. BRENNEMAN, JR.
                                                                 United States Magistrate Judge