UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MAE LEITNER,

       Plaintiff,                        Case No. 1:09-cv-274

v.                                  Hon. Hugh W. Brenneman, Jr.

JOHN E. POTTER,

       Defendant.
_____/

**ORDER GRANTING MOTION TO SEAL DOCUMENTS**

Plaintiff has filed a response to defendant's motion for summary judgment (docket no. 72). Pending before the court is plaintiff's motion to seal exhibits in support of her response (docket no. 73). Upon due consideration, the motion is **GRANTED** and plaintiff's exhibit nos. 1, 2, 6, 7, 12, 13, and 16 shall be filed under seal.

**IT IS SO ORDERED.**

Dated: June 11, 2010                             /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge