UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MAE LEITNER,

        Plaintiff,

Case No. 1:09-cv-274

Hon. Hugh W. Brenneman, Jr.

vs.

JOHN E. POTTER,

        Defendant.

_____/

**ORDER**

In accordance with the Opinion filed this date, plaintiff's motion to stay proceedings (docket no. 100) is **DENIED** and defendant's motion for summary judgment (docket no. 56) is **GRANTED**.

Dated: September 29, 2010          /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge