UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MAE LEITNER,

    Plaintiff,

Case No. 1:09-cv-274

Hon. Hugh W. Brenneman, Jr.

vs.

JOHN E. POTTER,

    Defendant.
_____/

## JUDGMENT

**IT IS ORDERED** that judgment is entered in favor of defendant John E. Potter, and the case is dismissed.


Dated: September 29, 2010            /s/ Hugh W. Brenneman, Jr.
                                                HUGH W. BRENNEMAN, JR.
                                                United States Magistrate Judge